CITY OF AMSTERDAM v. W. N. CARPENTER CO.   (No. 181/112.)

(Supreme Court, Appellate Division, Third Department.   September 15, 1915.)

Appeal from Special Term, Montgomery County.

Petition of the City of Amsterdam against the W. N. Carpenter Company to widen and straighten a part of Bridge street. From a final order disapproving and disaffirming an award of $500 to defendant, it appeals. Order reversed, and award reinstated.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

Andrew J. Nellis, of Albany, for appellant.

Ambrose P. Fitz-James, of Amsterdam (Charles S. Nisbet, of Amsterdam, of counsel), for respondent.

PER CURIAM. Practically the same question which is presented by this appeal has been considered and decided by us in Danes v. State of New York, 154 N. Y. Supp. 1089, and the opinion in that case is being handed down at this time. Therefore, in this matter, the order, so far as appealed from, is reversed on the opinion in Danes v. State of New York; and the award of $500 made by the commission to the landowner for his rights in the bed of the Mohawk river is reinstated.

Order reversed with costs.

SMITH, P. J., and LYON, J., dissent.